IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONY LOOS, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:12-cv-00500 |
| vs. | § | |
| | § | |
| CONVERGENT OUTSOURCING, INC. | § | |
| fka ER SOLUTIONS, INC., | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                                                                 Respectfully submitted,

                                                                 By: /s/Dennis R. Kurz
                                                                 Dennis R. Kurz
                                                                 Texas State Bar # 24068183
                                                                 Southern District Bar No. 1045205
                                                                Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on June 4, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on June 4, 2012 to:

Christopher Raney
Gordon & Rees, LLP
1900 W. Loop South
Suite 1000
Houston TX 77027

                                                                      /s/ Dennis R. Kurz
                                                                      Dennis R. Kurz