| | | |
|---|---|---|
| TONY LOOS, | § | CIVIL ACTION |
| Plaintiff | § | |
| | § | |
| vs. | § | No. 4:12-cv-00500 |
| | § | |
| CONVERGENT OUTSOURCING, INC. | § | |
| fka ER SOLUTIONS, INC., | § | JURY |
| Defendant | § | |

## ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated August 2, 2012.

_____
Nancy F. Atlas
United States District Judge